UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:14-CR-298-M |
| | § | |
| GERALD SHULTS (9) | § | |

## APPEARANCE OF MICHAEL MOWLA
## FOR GERALD SHULTS

To the Honorable United States District Judge:

Michael Mowla makes this appearance as co-counsel on behalf of Defendant GERALD SHULTS.  Michael Mowla joins George Milner as counsel.  Mowla makes this appearance for all purposes.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, TX 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar # 24048680
Attorney for GERALD SHULTS

/s/ Michael Mowla
By: Michael Mowla

### Certificate of Service

This is to certify that on May 14, 2015, this document was filed with the Clerk of the Court using the ECF system, which automatically sends notice of electronic filing to the attorneys of record who have consented to accept such notice.

/s/ Michael Mowla
By: Michael Mowla